UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

BENJAMIN LOUIS ROUTH,

        Plaintiff,        Civil No. 6:19-cv-01580-AC

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Benjamin Louis Routh, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of Four Thousand Five Hundred Two Dollars and Forty-Three Cents ($4,502.43) **and** Four Hundred Dollars ($400.00) in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

    1. Plaintiff is awarded 2.3 hours in 2019 at $205.25 per hour and 16.3 hours in 2020 at $206.77 per hour in the amount of $3,842.43 for attorney's fees under 28 U.S.C. § 2412(d);

    2. Plaintiff is awarded 6.6 hours at $100.00 per hour in the amount of $660.00 for Paralegal Services.

    3. Plaintiff is awarded $16.80 in expenses for Certified Mail for service of Summons and Complaint.

    4. Plaintiff is awarded $400.00 in costs for the filing fee to initiate this civil action.

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to

Plaintiff's attorney, Edward A. Wicklund.

      Whether the check is made payable to Plaintiff or to Edward A. Wicklund, the check shall be mailed to Edward A. Wicklund at the following address:

    250 South Clinton Street
    Suite 210
    Syracuse, NY 13202

So ordered.

Date: <u>December 16, 2020</u>

                                               John V. Acosta
                                               United States Magistrate Judge

[Order proffer: Edward A. Wicklund; copy to Renata A. Gowie]